IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CYNTHIA BYAS, KAREN YAPP, RODNEY C. GRADY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 06-CV-0475-MJR |
| ) | |
| **UNION PACIFIC RAILROAD COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**REAGAN, District Judge:**

On November 9, 2007, the parties filed a stipulation to voluntarily dismiss this case with prejudice (Doc. 40). Though this is a putative class action, no class has been certified in this case. Therefore, **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** governs this dismissal, rather than Rule 23(e).

Rule 41(a)(1)(ii) provides that plaintiffs may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Plaintiffs submitted a stipulation of dismissal signed by Herman N. Johnson, Jr., counsel for plaintiffs, and Douglas C. Herbert, counsel for defendant.

Pursuant to the parties' stipulation, the Court hereby **DISMISSES** the case **with prejudice**.

**IT IS SO ORDERED.**

**DATED this 14th day of November 2007.**

                                                                                                 s/ Michael J. Reagan
                                                                                                 **MICHAEL J. REAGAN**
                                                                                                 **United States District Judge**